UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

GAYLE HELMAN, an individual,

    Plaintiff,

vs.                                  CASE NO.:  9:12-cv-80808

BANK OF AMERICA, successor by
Merger to BAC Home Loan Servicing,
LP f/k/a Countrywide Home Loan
Servicing, LP,

    Defendant.
_____

**<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)</u>**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Defendant Bank of America, N.A. certifies that she has conferred with counsel for Plaintiff Gayle Helman in a good faith effort to resolve the issues raised in Defendant's Motion to Refer Case to Bankruptcy Court Pursuant to the Court's General Order of Reference, 28 U.S.C. §§ 157, 1334, and 1452, and Local Rule 87.2 [D.E. 43], and the parties are unable to resolve the issues.

                                                      */s/ Emily Y. Rottmann*
                                                      Daniel F. Blanks
                                                      Florida Bar No. 0088957
                                                      dblanks@mcguirewoods.com
                                                      Sara F. Holladay-Tobias
                                                      Florida Bar No. 0026225
                                                      sfhollad@mcguirewoods.com
                                                      Emily Y. Rottmann
                                                      Florida Bar No. 093154
                                                      erottmann@mcguirewoods.com
                                                      McGUIREWOODS LLP
                                                      50 N. Laura Street, Suite 3300
                                                      Jacksonville, FL  32202
                                                      (904) 798-3200
                                                      (904) 798-3207 (fax)

and

Kathleen H. Dooley
*(Admitted Pro Hac Vice)*
kdooley@mcguirewoods.com
McGUIREWOODS LLP
201 North Tryon Street
Charlotte, NC  28202
(704) 343-2000
(704) 343-2300 (fax)

*Attorneys and Trial Counsel for Defendants Bank of America, N.A*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and furnished a copy via United States Mail to the following:

Tony Lee Stabenow, Esq.
THE STABENOW LAW FIRM, PLLC
300 s. Biscayne Blvd., #1026
Miami, FL 33131

*/s/ Emily Y. Rottmann*
Attorney

48356551_1